## MOTION DOCKET

**87–243.** State v. Poindexter. *Hamilton County,* No. C–850394. On motion to set execution date. Motion granted.

**87–447.** State v. Henderson. *Hamilton County,* No. C–850557. On motion to set execution date. Motion granted.

**90–657.** State, ex rel. Murray, v. Indus. Comm. *Franklin County,* No. 89AP–3. On motion to reconsider denial of request for oral argument. Motion denied.

**90–1496.** Richard v. Hills. *Lorain County,* No. 90CA004826. On request for oral argument, or, alternately, on motion for summary judgment and motion to convey. Request and motions denied.